IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:22-996 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| QUONZY LANARD HOPE | ) | |

    The Clerk of Court is hereby directed to issue a warrant for the defendant, QUONZY LANARD HOPE, who is presently incarcerated at the York County Detention Center as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

December 7, 2022

Columbia, South Carolina

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
E. Elizabeth Major      (#13746)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: ellen.major@usdoj.gov